

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
NICHOLAS F. ADAMS, ESQ.
Nevada Bar No. 14813
E-mail: Nicholas.Adams@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Daryl Baker; CRST Expedited, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kimanh Nguyen, individually, | Case No.: 2:24-cv-1500-APG-MDC |
| Plaintiff, | |
| vs. | **Stipulation and Order to Dismiss with Prejudice** |
| Daryl Baker, individually; CRST Expedited, Inc.; and Does 1-100, Roe Corporations 1-100, inclusive, | |
| Defendant. | |

///

///

///

///

///

///

///

///

///

///

///

///

310553338v.1

1        The parties stipulate to dismiss with prejudice, each to bear their own fees and costs.  No

2  trial date was scheduled.

3

| Dated this 11ᵗʰ day of April, 2025. | Dated this 11ᵗʰ day of April, 2025. |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Nicholas F. Adams, Esq.<br>Nevada Bar No. 14813<br>Attorneys for Daryl Baker; CRST Expedited, Inc. | NAQVI INJURY LAW<br><br>Farhan R. Naqvi, Esq.<br>Nevada Bar No. 8589<br>Elizabeth E. Coats, Esq.<br>Nevada Bar No. 12350<br>Michael T. McGrady<br>Nevada Bar No. 16277<br>Attorneys for Kimanh Nguyen |
| DATED: April 15, 2025 | It is so ordered.<br><br>DISTRICT COURT JUDGE |

310553338v.1